# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 7, 2016

## NO. 03-13-00503-CR

**The State of Texas, Appellant**

**v.**

**Elle Obering O'Brien, Appellee**

## APPEAL FROM COUNTY COURT AT LAW NO. 5 OF TRAVIS COUNTY
## BEFORE JUSTICES PEMBERTON, FIELD, AND BOURLAND
## AFFIRMED -- OPINION BY JUSTICE PEMBERTON

This is an appeal from the order signed by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.